GERALD OTT, Appellant, v. H. N. STALL, JR., et al., Respondents.— All concur. (Appeal from a judgment of Erie Trial Term for defendant on a directed verdict for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

MARY A. LOWER, as Administratrix of the Estate of GEORGE H. LOWER, Deceased, et al., Appellants, v. COUNTY OF SENECA, Respondent.— All concur. (Appeal from part of an order of Seneca Special Term adjudging that the examination of defendant as to prior accidents at the scene of the accident should be limited to those accidents occurring within one year prior to the death of plaintiff's intestate.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

GARDNER & NORTH ROOFING AND SIDING CORPORATION, Appellant, v. ELEANOR DEATON, Respondent.— All concur. (Appeal from an order of Onondaga Special Term granting defendant's motion to change the place of trial from Onondaga County to Cattaraugus County.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

FARM BUREAU MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v. EMIL A. DECINA, Respondent. JACOB ASCANAZY, as Administrator of the Estate of IRIS ASCANAZY, Deceased, Respondent, v. EMIL A. DECINA, Respondent. (And Six Other Actions.) All concur. (Appeal from an order of Erie Special Term denying a motion by Farm Bureau Mutual Automobile Insurance Company for leave to intervene and for a stay, in seven actions against its insured for damages alleged to have resulted from the negligent operation of an automobile.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.